McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

JUL 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C. ESTEVES
      DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.NO. 1:08 CR 00224 LJO |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| ROBERT C. HOLLOWAY, et al. | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 10, 2008 charging the above defendants with a violation of Title 18, United States Code, Section 1962 and 2 -Racketeering and other violations, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued

1

pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: July 10, 2008                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

ORDERED as prayed this 10th day of July, 2008.

_____
U.S. Magistrate Judge