

1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,      ) CASE NO.  1:08-CR-0224 LJO
9                                 )
                                  )
10          Plaintiff,             ) MOTION TO UNSEAL INDICTMENT;
                                  ) [PROPOSED] ORDER
11      v.                        )
                                  )
12 ROBERT C. HOLLOWY,             )
   BRENT F. HOLLOWAY,             )
13 ALFREDO F. RINCON              )
   MICHAEL J. OROZCO,             )
14 JOSEPH S. TYLER,               )
   REYNALDO W. SOTELO,            )
15 FREDRICK A. NOREBERG, and      )
   RAY M. HEFFINGTON,             )
16                                 )
            Defendants.           )
17 _____)
                                  )
18
        This Indictment was sealed by Order of this Court pursuant to
19
   Rule 6(e) of the Federal Rules of Criminal Procedure.
20
        The United States of America, by and through McGregor W.
21
   Scott, United States Attorney, and Laurel J. Montoya, Assistant
22
   United States Attorney, hereby moves that the Indictment in this
23
   case be unsealed and made public record.
24
   Dated: July 15, 2008
25                                    _____
                                      LAUREL J. MONTOYA
26                                    Assistant U. S. Attorney

        IT IS SO ORDERED.
27 DATED: July 15, 2008
                                      _____
28                                    DENNIS L. BECK
                                      United States Magistrate Judge

                                  1