```
McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
JUL 1 5 2008
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT C. HOLLOWY, <br> BRENT F. HOLLOWAY, <br> ALFREDO F. RINCON <br> MICHAEL J. OROZCO, <br> JOSEPH S. TYLER, <br> REYNALDO W. SOTELO, <br> FREDRICK A. NOREBERG, and <br> RAY M. HEFFINGTON, <br><br> Defendants. | CASE NO. 1:08-CR-0224 LJO <br><br> MOTION TO UNSEAL INDICTMENT; <br> [PROPOSED] ORDER |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: July 15, 2008

LAUREL J. MONTOYA
Assistant U. S. Attorney

IT IS SO ORDERED.
DATED: July 15, 2008

~~DENNIS L. BECK~~
United States Magistrate Judge

1