| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MARK E. CULLERS<br>LAUREL J. MONTOYA |
| 3 | Assistant U.S. Attorney<br>4401 Federal Building |
| 4 | 2500 Tulare Street<br>Fresno, California  93721 |
| 5 | Telephone:  (559) 497-4000 |

**FILED**

JUL 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | 01:08-cr-00224-LJO |
| 11 | ) Plaintiff, ) | |
| 12 | ) v. ) | NOTICE OF RELATED CASES |
| 13 | ) ROBERT C. HOLLOWAY, ) BRENT F. HOLLOWAY, ) | |
| 14 | ALFREDO F. RINCON, ) MICHAEL J. OROZCO, ) | |
| 15 | JOSEPH S. TYLER, ) REYNALDO W. SOTELO, ) | |
| 16 | FREDRICK A. NOREBERG, and ) RAY M. HEFFINGTON, ) | |
| 17 | ) Defendants. ) | |
| 18 | ) | |
| 19 | _____ | |
| 20 | UNITED STATES OF AMERICA, ) | 1:08-cr-00220-OWW |
| 21 | ) Plaintiff, ) | |
| 22 | ) v. ) | |
| 23 | RAUL DELEON, ) | |
| 24 | ) Defendant. ) | |
| 25 | _____) | |

26  //

27  //

28  //

1

```
 1  UNITED STATES OF AMERICA,      )    1:08-cr-00222-LJO
                                   )
 2              Plaintiff,         )
                                   )
 3      v.                         )
                                   )
 4  STEVEN J. JOHNSON,             )
                                   )
 5              Defendant.         )
                                   )
 6  _____)

 7  UNITED STATES OF AMERICA,      )    1:08-cr-00219-AWI
                                   )
 8              Plaintiff,         )
                                   )
 9      v.                         )
                                   )
10  DAVID A. SWANSON,              )
                                   )
11              Defendant.         )
                                   )
12  _____)

13  UNITED STATES OF AMERICA,      )    1:08-cr-00221-AWI
                                   )
14              Plaintiff,         )
                                   )
15      v.                         )
                                   )
16  DANIEL DAVID MARTELL,          )
                                   )
17              Defendant.         )
                                   )
18  _____)

19  UNITED STATES OF AMERICA,      )    1:08-cr-00223-OWW
                                   )
20              Plaintiff,         )
                                   )
21      v.                         )
                                   )
22  JOHN ROGER BIRD,               )
                                   )
23              Defendant.         )
                                   )
24  _____)
```

25       Pursuant to Rule 83-123 of the Local Rules of the United States
26  District Court for the Eastern District of California, the United
27  States of America, by and through its undersigned attorneys of
28  record, McGregor W. Scott, United States Attorney for the Eastern

District of California, Mark E. Cullers, and Laurel J. Montoya, Assistant U.S. Attorneys, hereby give notices that the above-captioned cases are related and request assignment to a single judge.

The above-captioned cases involve crimes arising from a single investigation. Further, the above-captioned cases are related in that the cases involve the same factual and legal issues because Judge Oliver W. Wanger approved the T-III wire tap as well as the search warrants served during the course of the investigation.

Since United States v. Raul DeLeon, 1:08-cr-00220-OWW, and United States v. John Roger Bird, 1:08-cr-00223-OWW were assigned to Judge Oliver W. Wanger, the United States hereby requests that the remaining above-captioned matters also be assigned to Judge Oliver W. Wanger.

For the foregoing reasons, since the above-captioned cases involve the same investigation, and the approval of the T-III and search warrants were done by Judge Wanger, their assignment to a single judge will avoid a substantial duplication of labor, will serve the ends of judicial economy and will likely effect a substantial savings of judicial effort. See Local Rule 83-123(a)(4). The Government respectfully requests that the Clerk of the District Court notify the Judge of the related nature of these

//
//
//
//
//
//

1 cases for the purpose of assignment to the above-referenced single
2 Judge.

3 Dated: July 16, 2008                    Respectfully Submitted,

4                                          McGREGOR W. SCOTT
                                          United States Attorney
5

6                                          By   /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
7                                          Assistant U.S. Attorney

8

9                              O R D E R

10     IT IS HEREBY ORDERED that the cases of United States v. Robert
11 C. Holloway et al., 1:08-cr-00224-LJO, United States v. Steven J.
12 Johnson, 1:08-cr-00222-LJO, United States v. Daniel David Martell,
13 1:08-cr-00221-AWI, and United States v. David A. Swanson, 1:08-cr-
14 00219-AWI, be assigned to Judge Oliver W. Wanger
15 Dated:   7-16-08
                                          _____
                                          OLIVER W. WANGER
16                                          U.S. District Judge

17 APPROVED.

18 DATED: July 16, 2008.

19
                                          _____
20
21                                          ANTHONY W. ISHII
                                          U.S. Chief Judge
22                                          Eastern District of California

4