

FILED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00224 OWW |
| Plaintiff, ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING HEARING |
| v. ) | |
| BRENT HOLLOWAY, ) | |
| Defendant. ) | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the hearing on the government's motion be set for July 31, 2008 at 9:00 a.m.

Dated: July 25, 2008

_____
Honorable Oliver W. Wanger
U.S. District Court Judge

2