

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00224 OWW |
| Plaintiff, ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING HEARING |
| v. ) | |
| BRENT HOLLOWAY, ) | |
| Defendant. ) | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the hearing on the government's motion be set for **July 31**, 2008 at **9:00** (a.m.)/p.m.

Dated: July **25**, 2008

Honorable Oliver W. Wanger
U.S. District Court Judge