Roger K. Vehrs, Esq. (SBN 073018)
2300 Tulare Street, Ste. 250
Fresno, CA  93721
Telephone:  (559) 442-4211
Facsimile:  (559) 442-4127

Attorneys for Defendant Robert Holloway

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-cr-00224-OWW-DLB |
| Plaintiff(s), | |
| | DESIGNATION OF CO-COUNSEL |
| ROBERT HOLLOWAY, | |
| Defendant. | |

Defendant Robert Cliff Holloway III hereby designates the following attorney as co-counsel for service in this action:

>William Osterhoudt
>Attorney at Law
>135 Belvedere Street
>San Francisco, CA 94117-3915
>Telephone: (415) 664-4600
>Facsimile:  (415) 664-4691
>E-mail: osterhoudt@aol.com

Dated:  August 25, 2008                                      Respectfully submitted,

                                                             /S/   Roger K. Vehrs
                                                             Roger K. Vehrs, attorney for

Designation of Co-Counsel
1

| | |
|---|---|
| Dated: August 25, 2008 | Robert Cliff Holloway III.<br>Respectfully submitted, |
| | /S/ William Osterhoudt<br>William Osterhoudt |
| | (As authorized on 8/25/08) |
| Dated: August 25, 2008 | Respectfully submitted, |
| | /S/   Robert Holloway III |
| | (original signature retained by attorney) |

### ORDER

**IT IS SO ORDERED.**

**Dated: August 27, 2008**          **/s/ OLIVER W. WANGER**
                                     **Judge Oliver W. Wanger**
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com