```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000
```

FILED
DEC 03 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00224 OWW |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL SUPERSEDING |
| ) | INDICTMENT PURSUANT TO |
| v. ) | FEDERAL RULES OF CRIMINAL |
| ) | PROCEDURE, RULE 6(e). |
| ROBERT HOLLOWAY, ET AL. ) | |
| ) | |
| Defendants. ) | |

The Superseding Indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the Superseding Indictment be unsealed and made public record.

Dated: December 3, 2008

_____
U.S. Magistrate Judge