1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                       **EASTERN DISTRICT OF CALIFORNIA**

8

9   **UNITED STATES OF AMERICA,**        )      **1:08-cr-0224 OWW**
                                         )
10               **Plaintiff,**          )      **ORDER TO AMEND PROTECTIVE**
                                         )      **ORDER**
11        **v.**                         )
                                         )
12  **ROBERT HOLLOWAY, et al.,**         )
                                         )
13               **Defendants.**         )
                                         )
14  _____     )

15

16        **Upon the request of counsel, and GOOD CAUSE APPEARING**

17  **THEREFROM, IT IS HEREBY ORDERED that the protective order filed**

18  **on July 25, 2008, is amended as follows:**

19        **1.    The incarcerated defendants in this case may retain**

20  **copies of discovery provided by the government in this case,**

21  **including copies of wiretap evidence, and documents pertaining**

22  **thereto, as subject to the same limitations imposed upon defense**

23  **counsel and investigators by the protective order of July 25,**

24  **2008.**

25        **2.    Accordingly, the defendants are ordered not to**

26  **disseminate this material or the information contained therein to**

27  **any other person, aside from defense counsel and/or investigators**

28  **retained by defense counsel to assist in the defendants'**

                                  **1**

1    **effective representation.  The defendants are further ordered to**

2    **keep personal possession of the evidence described above, not to**

3    **make further copies of it, and to return it when it is no longer**

4    **needed for the preparation of the defense in this case.  In any**

5    **event, this evidence will be returned to defense counsel no later**

6    **than the close of the case for return to the government.**

7

8    IT IS SO ORDERED.

9    **Dated:    March 4, 2009**                          **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28