**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0224 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TO AMEND PROTECTIVE ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOLLOWAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the request of counsel, and GOOD CAUSE APPEARING THEREFROM, IT IS HEREBY ORDERED that the protective order filed on July 25, 2008, is amended as follows:

1. The incarcerated defendants in this case may retain copies of discovery provided by the government in this case, including copies of wiretap evidence, and documents pertaining thereto, as subject to the same limitations imposed upon defense counsel and investigators by the protective order of July 25, 2008.

2. Accordingly, the defendants are ordered not to disseminate this material or the information contained therein to any other person, aside from defense counsel and/or investigators retained by defense counsel to assist in the defendants'

1

effective representation.  The defendants are further ordered to keep personal possession of the evidence described above, not to make further copies of it, and to return it when it is no longer needed for the preparation of the defense in this case.  In any event, this evidence will be returned to defense counsel no later than the close of the case for return to the government.

IT IS SO ORDERED.

Dated:   March 4, 2009                              /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE