IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-08-00224-OWW** |
| Plaintiff, | |
| vs. | |
| ROBERT C. HOLLOWAY, et. al., | **SEALING ORDER** |
| Defendants. | |

The report of Doctor A.A. Howsepian to be filed in this action by counsel for defendant Robert C. Holloway, and designated as an exhibit to defendant's renewed motion to revoke detention order, is hereby placed under seal and shall not be opened except by the United States or transmitted excepted by order of this Court upon application.

**IT IS SO ORDERED.**

Date: April 14, 2009_____        _/s/ OLIVER W WANGER_____
                                      OLIVER W. WANGER
                                      United States District Court Judge

1

PDF created with pdfFactory trial version www.pdffactory.com