```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARK E. CULLERS
    LAUREL J. MONTOYA
 3  Assistant U.S. Attorneys
    Federal Courthouse
 4  2500 Tulare St., Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, )   Case No. 1:08-CR-224 OWW
                              )
12             Plaintiff,     )   STIPULATION TO CONTINUE MOTIONS DUE
         v.                   )   DATES AND MOTIONS HEARING AND
13                            )   ORDER
                              )
14  ROBERT C. HOLLOWAY, et al.)   DATE:      June 17, 2009
                              )   TIME:      12:00 pm
15             Defendants.)       COURTROOM: Honorable Oliver W. Wanger
    _____)
16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto and

19  through their attorneys of record that the motions due dates be

20  continued as follows: Government's responses will be due on May 13,

21  2009, Defendant Responses will be due on May 27, 2009 and the new

22  motions hearing is continued to June 17, 2009 at 12:00 p.m.  The

23  extension is requested because the Government is preparing for a

24  trial starting on April 28, 2009.

25       All parties herein, through their respective counsel have been

26  contacted regarding the requested continuance and concur with this

27  request.

28

                                    1
```

That the parties agree that the resulting period of delay occurring between May 26, 2009, and the date for hearing the motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: April 24, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney

                                    /s/ Mark E. Cullers
                               By: MARK E. CULLERS
                               Assistant U.S. Attorney

Dated: April 24, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney

                                    /s/ Laurel J. Montoya
                               By: LAUREL J. MONTOYA
                               Assistant U.S. Attorney

Dated: April 24, 2009               /s/ John Paul Balazs
                               JOHN PAUL BALAZS
                               Attorney for Defendant
                               GARY L. ERMOIAN

Dated: April 24, 2009               /s/ Anthony P. Capozzi
                               ANTHONY P. CAPOZZI
                               Attorney for Defendant
                               JOSEPH P. TYLER

Dated: April 24, 2009               /s/ Carl M. Faller
                               CARL M. FALLER
                               Attorney for Defendant
                               STEVEN J. JOHNSON

Dated: April 24, 2009               /s/ Robert Lee Forkner
                               ROBERT LEE FORKNER
                               Attorney for Defendant
                               DAVID A. SWANSON

Dated: April 24, 2009               /s/ Robert Lee Forkner
                               ROBERT LEE FORKNER
                               Attorney for Defendant
                               ANTHONY D. FANTACONE

| | | |
|---|---|---|
| Dated: April 24, 2009 | | /s/ Jai Manhar Gohel |

JAI MANHAR GOHEL
Attorney for Defendant
RAY M. HEFFINGTON

Dated: April 24, 2009        /s/ Albie B. Jachimowicz
ALBIE B. JACHIMOWICZ
Attorney for Defendant
REYNALDO W. SOTELO

Dated: April 24, 2009        /s/ Eric Kersten
ERIC KERSTEN
Attorney for Defendant
ALFREDO F. RINCON

Dated: April 24, 2009        /s/ Richard B. Mazer
RICHARD B. MAZER
Attorney for Defendant
BRENT F. HOLLOWAY

Dated: April 24, 2009        /s/ Michael Joseph McGinnis
MICHAEL JOSEPH McGINNIS
Attorney for Defendant
MICHAEL J. OROZCO

Dated: April 24, 2009        /s/ Roger Keith Vehrs
RORGER KEITH VEHRS
Co-Counsel for Defendant
ROBERT C. HOLLOWAY

Dated: April 24, 2009        /s/ William Osterhoudt
WILLIAM OSTERHOUDT
Co-Counsel for Defendant
ROBERT C. HOLLOWAY

Dated: April 24, 2009        /s/ Richard P. Pointer
RICHARD P. POINTER
Attorney for Defendant
REYNALDO W. SOTELO

LAWRENCE G. BROWN
Acting United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ROBERT C. HOLLOWAY, et al.) <br> ) <br> Defendants.) <br> _____) | Case No. 1:08-CR-224W <br><br> ORDER RE: STIPULATION TO CONTINUE <br> MOTION DUE DATES AND MOTIONS HEARING <br><br> DATE:      June 17, 2009 <br> TIME:      12:00 pm <br> COURTROOM: Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the Government's responses will be due on May 13, 2009, Defendant Responses will be due on May 27, 2009 and the new motions hearing  be continued to June 17, 2009 at 12:00 p.m.

_____

IT IS SO ORDERED.

**Dated:   April 24, 2009**            **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE