LAWRENCE G. BROWN
Acting United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
MAY 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. HOLLOWAY,<br><br>Defendant. | Case No.: 1:08-cr-00224 OWW<br><br>~~UNDER SEAL~~<br><br>SEALING ORDER |

The United States having applied to this Court for an order permitting it to file its Opposition to defendant Robert C. Holloway's Renewed Motion for Revocation of Detention Order under seal, and good cause appearing therefore,

IT IS ORDERED, that the Government's Opposition to defendant Robert C. Holloway's Renewed Motion for Revocation of Detention Order shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: May 1, 2009

_____
Honorable Oliver W. Wanger
U.S. District Judge

1