IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No. CR-08-00224-OWW** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER PROVIDING GUIDELINES FOR EVALUATION OF THE DEFENDANT BY GOVERNMENT EXPERT** |
| ROBERT HOLLOWAY, et. al., | ) | |
| Defendants. | ) | Date: May 18, 2009 |
| | ) | Time: 2:00p.m. |
| | ) | Place: Honorable Oliver W. Wanger |

Upon the request of counsel, and GOOD CAUSE APPEARING THEREFROM,

**IT IS HEREBY ORDERED** that the evaluation of defendant Robert C. Holloway by the government's doctor, currently scheduled for May 12, 2009 at 9am, shall be conducted as follows:

1. The examination of the defendant shall be confined to the pertinent issues of whether defendant's physical, mental, and / or emotional well being has been detrimentally affected by pretrial confinement in the Fresno County Jail, and whether such confinement, in light of his condition, may impair defendant's ability to fully and effectively participate in his defense;

2. Whether any such difficulties can be lessened or alleviated by placement in an appropriate community confinement facility such as Turning Point, in Fresno, California;

3. The defendant shall not be examined on, or asked about, incidents or issues involved in the criminal prosecution of the case. The doctor shall issue no opinion on such issues;

4. Counsel for the defendant is permitted to be present for any and all examinations of the defendant if the examining physician agrees.

DATE: May 11, 2009 /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger,
United States District Court Judge

---

*[Proposed] Order* Providing Guidelines for Evaluation of the Defendant by Government Expert; [No.CR-08-00224-OWW]

1

PDF created with pdfFactory trial version www.pdffactory.com