IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:08-CR-00224 OWW |
| vs. | ) | ORDER TO HOLD RELEASE ORDER IN ABEYANCE PENDING RECEIPT OF BOND |
| ROBERT C. HOLLOWAY, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the order of release as to defendant ROBERT C. HOLLOWAY shall be held in abeyance pending receipt and approval of the $500,000 bond required per Court order.

DATED: May 27, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1