IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. CR-08-00224-OWW** |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER ON DEFENDANT** |
| ) | **HOLLOWAY'S MOTION FOR** |
| ROBERT HOLLOWAY, et. al., ) | **IMMEDIATE DISCLOSURE** |
| ) | |
| Defendants. ) | |
| ) | |

On May 19, 2009 defendant Robert Holloway filed a motion for immediate disclosure of evidence of possible government misconduct in its applications to conduct electronic surveillance during the investigation of Mr. Holloway and others. The government responded to this motion and the defendant filed a reply, and the Court held a hearing on May 26, 2009. After reading and considering the pleadings and hearing and considering the arguments of counsel, the Court issues the following Order:

(1) The Court will conduct a hearing on June 18, 2009 at which the BATFE Agent whose allegations, published online, gave rise to the defendant's motion, will testify and may be examined by the parties and the Court. The Court is advised by defense counsel for Mr. Holloway that a subpoena has been or will be served requiring that individual to bring with him to Court certain documents about which he may be examined when testifying.

(2) It is further Ordered that, no later than four court days before the evidentiary hearing scheduled for June 18, 2009 (by June 12, 2009), the government shall provide to the Court and to

---

*[Proposed] Order on Defendant Holloway's Motion for Immediate Disclosure;*
[No.CR-08-00224-OWW]

1

counsel for the moving defendants any and all documents, reports, letters, email correspondence, memoranda, contemporaneous notes, and any other documentary evidence or audio recording, in whatever form, pertaining to objections raised by the BATFE Agent who is to testify at the June 18, 2009 hearing, to the government's application for Court authorization to conduct electronic surveillance in this case.  In complying with this Order the government is directed to make inquiry of the Task force agencies involved in the investigation of Road Dog Cycle and Robert Holloway concerning the existence of documents responsive to this Order, and to produce any such documents.

(3)  It is further Ordered that if the government believes any documents responsive to this Order contain sensitive information that should not be turned over to defense counsel, the government may provide such documents to the Court under seal, whereupon the Court will decide whether the documents in complete or redacted form should be disclosed to the defense to effectuate the purpose of the hearing scheduled for June 18, 2009.

DATE: 6/1/2009                                                  /s/ OLIVER W. WANGER
                                                                Honorable Oliver W. Wanger
                                                                United States District Court Judge

*[Proposed] Order on Defendant Holloway's Motion for Immediate Disclosure;*
[No.CR-08-00224-OWW]

2