JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| ) | |
| Plaintiff, ) | ORDER TO AMEND PROTECTIVE ORDER |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ROBERT HOLLOWAY, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | Hon. Oliver W. Wanger |
| _____ ) | |

At a hearing on May 26, 2009, counsel for defendant Gary Ermoian requested that the Court modify the existing protective order concerning the discovery in this case so that the out-of-custody defendants would be able to retain discovery in this case, subject to the same terms in the existing protective order in this case. Counsel for the government had no objection to the requested modification of the protective order.

Upon the request of counsel, and for good cause without objection by the government, IT IS HEREBY ORDERED that the protective order filed on July 25, 2008, is amended as follows:

1. The defendants in this case may retain copies of discovery provided by the government in this case, including copies of wiretap evidence , and documents

pertaining thereto, as subject to the same limitations imposed upon defense counsel and investigators by the protective order of July 25, 2008.

2. Accordingly, the defendants are ordered not to disseminate this material or the information contained therein to any other person, aside from defense counsel, counsel's staff, investigators, and outside experts or staff retained by defense counsel to assist in the defendants' effective representation. The defendants are furthered ordered to keep personal possession of the evidence described above, not to make further copies of it, and to return it to defense counsel when it is no longer needed for the preparation of the defense in this case. In any event, this evidence will be returned to defense counsel no later than the close of the case for return to the government.

3. Before providing a defendant with a copy of discovery, defense counsel shall provide a copy of this order and obtain the defendant's signature attesting that he understands and agrees to abide by the conditions in this order.

IT IS SO ORDERED.

**Dated:   June 5, 2009**               **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE