1  ROGER K. VEHRS (SBN 073018)
   Law Office of Roger K. Vehrs
2  2300 Tulare Street, Suite 250
   Fresno, California 93721
3  Telephone: (559) 442-4211
   Facsimile: (559) 442-4127
4  E-mail: office@vehrslaw.com

5  WILLIAM L. OSTERHOUDT (SBN 043021)
   DOLORES T. OSTERHOUDT (SBN 215537)
6  Law Offices of William Osterhoudt
   135 Belvedere Street
7  San Francisco, California 94117
   Telephone: (415) 664-4600
8  Facsimile: (415) 664-4691
   E-mail: osterhoudt@aol.com
9
   Attorneys for Defendants
10 ROBERT HOLLOWAY

**FILED**
AUG 1 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**LODGED**
AUG 1 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: |
| ) Plaintiff, ) | 1:08-CR-00224 OWW |
| ) v. ) | |
| ROBERT C. HOLLOWAY, ) ) Defendant. ) _____ ) | |

EX PARTE ORDER

Defendant Robert C. Holloway' Application for issuance of Subpoena Duces Tecum, pursuant to FRCrP Rule 17(c), the Court has considered the application and determined:

(1)   That the documents are necessary to an adequate defense of this case.

Therefore, it is hereby ORDERED:

/ / /

/ / /

Ex parte Order
Case No. 1:08-CR-00224 OWW

1

That a subpoena duces tecum for:

>Custodian of Records
>California Highway Patrol
>1500 Bell Drive
>Atwater, CA 95301

IT IS FURTHER ORDERED the subpoena duces tecum shall be served expeditiously and in accordance with the law by the United States Marshal for the Eastern District of California, or his designee, or by any other person who is not a party and who is not less than 18 years of age.

Dated: 8-19-09

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Ex parte Order
Case No. 1:08-CR-00224 OWW