ROGER K. VEHRS (SBN 073018)
Law Office of Roger K. Vehrs
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211
Facsimile: (559) 442-4127
E-mail: office@vehrslaw.com

WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
E-mail: osterhoudt@aol.com

Attorneys for Defendants
ROBERT HOLLOWAY

FILED
AUG 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
AUG 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: |
|---|---|---|
| Plaintiff, | ) | 1:08-CR-00224 OWW |
| v. | ) | |
| ROBERT C. HOLLOWAY, | ) | |
| Defendant. | ) | |

EX PARTE ORDER

Defendant Robert C. Holloway' Application for issuance of Subpoena Duces Tecum, pursuant to FRCrP Rule 17(c), the Court has considered the application and determined:

(1)   That the documents are necessary to an adequate defense of this case.

Therefore, it is hereby ORDERED:

/ / /

/ / /

Ex parte Order
Case No. 1:08-CR-00224 OWW

1

1 | That a subpoena duces tecum for

2 |     Custodian of Records
3 |     Merced County Sheriff Department
    2736 Franklin Road
    Merced, CA 95348

shall direct the witness to produce the documentary evidence on June 16, 2009 at 9:00 a.m. to the Court.

    IT IS FURTHER ORDERED the subpoena duces tecum shall be served expeditiously and in accordance with the law by the United States Marshal for the Eastern District of California, or his designee, or by any other person who is not a party and who is not less than 18 years of age.

Dated: 8-19-09

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

---

Ex parte Order
Case No. 1:08-CR-00224 OWW