ROGER K. VEHRS (SBN 073018)
Law Office of Roger K. Vehrs
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211
Facsimile: (559) 442-4127
E-mail: office@vehrslaw.com

WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
E-mail: osterhoudt@aol.com

Attorneys for Defendants
ROBERT HOLLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT HOLLOWAY, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:08-cr-00224-OWW <br><br> **ORDER** |

The Court conducted a hearing on the matter regarding the Defendant's supplemental discovery request filed by Robert Holloway identified herein as Exhibit A. The Government responded to the position of the defendant and orally presented its position to the Court. After reading and considering the pleadings and the hearing and considering the arguments of counsel, the Court issues the following order.

1. The Court will conduct a further hearing on November 18, 2009, and the United States Attorney shall report back to the Court on that date and time with respect to the items that are being returned or retained and the reasons therefore. Any objections by defense counsel shall be heard and the Court will rule as necessary.

2. It is further agreed and stipulated between the United States Government and Robert C. Holloway III that any documents that are returned copies may be made and used in the same manner and in lieu of originals without objection on the part of the Defendant. Further Defendant will not object to copied materials based upon the chain of evidence because the originals have been returned to the Defendant.

**IT IS SO ORDERED.**

Dated: October 14, 2009              /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger
                                     United States District Court Judge

# EXHIBIT "A"

(1) Flash drive from Road Dog Cycle's computer

(2) Original pink slips and ownership documents for various motorcycles
- SPCNS Springer license number 13U4167
- 2001 FXDX Dyna license number 15S0795, VIN 1HD1GJV351Y310963 (Pete Neal)
- SPCN Shovel
- 99 FLHT license number 16W1682, VIN 1HD1FFW1XX637526
- Indian Chief license #16T1611, VIN 5CDNB511YG004002
- 92 Sportster #1HD1CAP35NY114648
- 02 Sportster license #15R1817, VIN 1HD1CHP36YK135234
- 89 Sportster VIN 1HD4CAM132K118924
- 78 Shovel license #15C5351, VIN 2F10305H8
- 56 Harley, VIN 56FL5294
- SPCN Shovel license #18G4766, blue tag #CA 951850
- Sportster VIN 1HD1CAP131K148051
- SPCN license #14N0524 (Jimmy Robins)
- 82 HD Sportster VIN 1HD1CAH20CY200243
- 77 HD Shovelhead license #14N8360, VIN 2C16685H7

(3) Laptop computer taken from service area of Road Dog Cycle

(4) Purple folder and contents from Road Dog Cycle service area

(5) Check in the amount of $7,000.00 taken from Bob's briefcase out of his pickup truck

(6) Motorcycle: license #18N3846, VIN 1HD1GHL10SY310753

(7) All guns taken from the house and the business and Bob's person:
- Beretta Semi-Auto handgun Mod. 21A-2ZLR S/N DAA064216
- FM Hi Power Smit-auto handgun 9mm S/N 324467
- Rock Island Armory 45 cal semi-auto R1A849584
- Amadeo Rossica .357 mag S/N F117076
- Dan Wesson Arms .357 mag S/N 155144
- Browning Arms Co. ZZLR Buck Mark S/N 655NT26432
- Rugar .22 single six S/N 496193
- Hi Point Model JC 45 CP S/N 301437 w/case
- 9mm S&W handgun S/N 403082
- Mossberg 12 gauge shotgun S/N H603753

(8) MSO (Certificates of manufacture for motorcycles and parts)

(9) Report by Daly City Police Department regarding cow police incident

(10) Poster collection

(11) Various photos of family and friends

(12) Certificates of appreciation and awards

(14) Tax returns and financial documents and bookkeeping records