**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0224 OWW |
| | ) | |
| Plaintiffs, | ) | ORDER RE IN CAMERA |
| | ) | INSPECTION OF WITNESS |
| v. | ) | INFORMATION |
| | ) | |
| ROBERT C. HOLLOWAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

An in camera inspection was conducted by the Court pursuant to the requests made by Defendants under the authority of the <u>Brady</u>, <u>Henthorn</u>, and <u>Franks</u> cases. The following represent the results of the in camera review by the Court of the personnel records of each of the subject witnesses.

<u>Mark D. Smith</u>

D.A. Investigator Lt. Smith entered service with the Stanislaus County District Attorney's Office May 2, 1994. A review of the personnel file shows that there are no adverse reports of any kind whatsoever. No disciplinary action has ever been taken against Lieutenant Smith. There are no citizen or other complaints. There is no evidence that would require disclosure under <u>Brady</u>, <u>Henthorn</u>, or <u>Franks</u>.

One Internal Affairs complaint exists for Investigator Mark

1

Smith.  The complaint was initiated by a co-worker alleging inappropriate comments and/or conduct.  An investigation by Internal Affairs revealed that the complainant admitted that any comments were of a joking nature when made, that the complainant admittedly participated in the exchanges, and did not feel that the comments were inappropriate.  The complainant did not initiate the investigation.  The agency itself did.  The investigation found nothing more than verbal banter and routine professional interaction and the matter was closed as unfounded and the allegations were without basis.  There is nothing disclosable based on this Internal Affairs matter for Investigator Smith.

<u>Froilan Mariscal</u>

Investigator Mariscal entered service with Stanislaus County April 5, 2004.  A review of the personnel file shows no adverse reviews, no adverse comments, no disciplinary actions and nothing that is disclosable under <u>Brady</u>, <u>Franks</u>, or <u>Henthorn</u>.

<u>Kirk Bunch</u>

Investigator Bunch entered service with Stanislaus County on February 24, 2001.  Review of the personnel file of Kirk Bunche reveals only positive reviews.  There is one citizen complaint with no adverse personnel actions.  There is an Internal "Affairs file on the complaint.

A review of the I.A. file shows that communications between the complainant and Investigator Bunch did not reveal conduct or language that was rude or discourteous.  Their communications

were cordial and the complainant did not exhibit any adverse reaction to Investigator Bunch during her communications with him.

The Internal Affairs complaint involves alleged rude or discourteous conduct by Investigator Bunch.  The complaint does not bear on integrity, truth-telling, or any inappropriate behavior.  The complaining witness was unwilling to meet with an Internal Affairs investigator assigned to the case without the presence of her relative, who is an attorney, to permit evaluation by the District Attorney's Office for the Internal Affairs investigatory process.  The matter was resolved as unfounded.  The complainant is a friend of Bob Holloway.

No information as to Investigator Bunch is disclosable under Brady, Franks, or Henthorn.

All three individuals were Stanislaus County District Attorney Investigators.

The Court has retained copies of the reviewed files which have been retained under seal.  The Court orders that these files be sealed, pending review by a higher court, or by further order of this Court.

IT IS SO ORDERED.

Dated:   November 17, 2009                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE