**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiffs,         )<br>                              )<br>     v.                       )<br>                              )<br>ROBERT HOLLOWAY, et al.,      )<br>                              )<br>          Defendants.         )<br>_____) | 1:08-cr-0224 OWW<br><br>IN CAMERA REVIEW OF WITNESS INFORMATION |

The Court conducted an in camera review of background information for Terry Lyle Seese, a witness in these proceedings on October 21, 2009.

The review consisted of the examination of the complete personnel file maintained by the Modesto Police Department for Detective Seese.

Service evaluations commencing in 2000 through the present show no adverse actions and only commendations. Detective Seese has no adverse history regarding performance of duty, accidents, no disciplinary matters of any kind and there is no information that is producible under <u>Brady</u>, <u>Franks</u> or <u>Henthorn</u>. This report shall be provided to all counsel.

IT IS SO ORDERED.

Dated:   November 17, 2009                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1