IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT FRANK HOLLOWAY, et al,<br><br>Defendants | No.  CR-08-00224-OWW<br><br>**ORDER** |

On March 23, 2010 a proceeding was held before Judge Oliver W. Wanger with all parties represented by counsel.  The Court set the following schedule in the case:

| | |
|---|---|
| May 3, 2010 | Defendant's Franks Motions and Related Motions Filed |
| June 1, 2010 | Government's Response to Franks and related motions filed |
| June 7, 2010 | Defendant's Reply filed |
| June 14, 2010, 2:30pm | Hearing on Defendant's Franks and Related Motions |
| June 28, 2010, 2:30pm | Final Confirmation Date and Hearing on In Liminae Motions |

| | |
|---|---|
| July 20, 2010, 9am<br>Courtroom 3 | Jury Trial |

All other scheduling dates set on March 23, 2010 remain unchanged.

IT IS SO ORDERED.

Dated:  **April 13, 2010**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE