Roger K. Vehrs (SBN 073018)
Law Office of Roger K. Vehrs
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 442-4211
Facsimile: (559) 442-4127
Email: office@vehrslaw.com

William L. Osterhoudt (SBN 043021)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant
ROBERT HOLLOWAY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>ROBERT HOLLOWAY,<br><br>        Defendant. | Case No. CR-08-00224-OWW<br><br>REQUEST AND ORDER<br>ON BEHALF OF ROBERT HOLLOWAY |

    Defendant, Robert Holloway III, by and through his attorneys, William Osterhoudt and Roger K. Vehrs, request that the Court authorize a meeting between his attorneys and Richard Mazer, the attorney for his son, Brent Holloway. The requested meeting is to occur at the law offices of Roger K. Vehrs commencing on Thursday, June 3, 2010, at 1:00 p.m., through conclusion of the meeting on that date. It is requested that Robert Holloway be allowed to be picked up by his attorney, Roger K. Vehrs, and transported to his office for this meeting. The purpose of this meeting is to have a joint conference with regard to a plea and resolution of the case.

/ / /

It is thus requested that the Court order through Pretrial Services that Robert Holloway be released from Turning Point to the custody of his attorney, Roger K. Vehrs, and transported to his office for the purpose of the meeting as described above and returned thereafter no later than 4:00 p.m. on Thursday, June 3, 2010.  A copy of this request is being forwarded to Kim Dalton.

Dated: June 1, 2010					Respectfully submitted,

					 /s/ Roger K. Vehrs
					Roger K. Vehrs


					 /s/ William L. Osterhoudt
					William L. Osterhoudt

					Attorneys for Defendant ROBERT HOLLOWAY


**ORDER**

Pretrial Services is hereby ordered to authorize the release of Robert Holloway from Turning Point to the custody of Roger K. Vehrs, on June 3, 2010, so that he may attend a meeting at his attorney's offices.  It is further ordered that he shall be released from Turning Point and returned on the same day by his attorney, Roger K. Vehrs.

IT IS SO ORDERED.


Dated: June 2, 2010			 /s/ OLIVER W. WANGER
					United States District Court Judge