BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
DEANNA L. MARTINEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-CR-00224 OWW |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| ROBERT C. HOLLOWAY, | ) |
| Defendant. | ) |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Robert C. Holloway, it is hereby

    ORDERED, ADJUDGED, AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 1963(a)(2), defendant Robert C. Holloway's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

///

///

///

       (a)    A sub *res* in the amount of $115,000.00 in lieu of defendant Robert C. Holloway's interest in the indicted real property located at 4600/4616 Main Street, Denair, California, APN: 024-026-032

2.    The sub *res* shall be paid prior to the imposition of sentence. If the sub *res* of $115,000.00 is not paid prior to the imposition of sentence, then defendant Robert C. Holloway forfeits all of his right, title, and interest in the real property located at 4600/4616 Main Street, Denair, California, APN: 024-026-032.

3.    Defendant Robert C. Holloway shall make payment of the sub *res*, in the form of a cashier's check payable to the U.S. Marshals Service and forwarded to the following address: U.S. Attorney's Office, Attn: Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Said funds shall be held by the U.S. Marshals Service, in an interest bearing account pending further order of the Court.

4.    The above-listed property afforded a source of influence over any enterprise which the defendant Robert C. Holloway had established, operated, controlled, conducted, and participated in the conduct of, in violation of 18 U.S.C. § 1962(c).

5.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

6.    a.    Pursuant to 18 U.S.C. § 1963(l)(1) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30

consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1963(a)(2) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated: September 2, 2010**     /s/ Oliver W. Wanger
                  UNITED STATES DISTRICT JUDGE