WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant,
ROBERT HOLLOWAY

IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-08-00224-OWW** |
| Plaintiff, | **DEFENDANT ROBERT HOLLOWAY'S REQUEST TO EXONERATE BOND, AND ORDER THEREON** |
| vs. | |
| ROBERT HOLLOWAY, et. al., | |
| Defendants. | |

**REQUEST TO EXONERATE BOND**

Defendant Robert C. Holloway came before this Court for sentencing on September 13, 2010, and began his federal sentence on November 4, 2010. By the foregoing, Defendant Holloway respectfully requests that his bond be exonerated, and that the Clerk of the Court be ordered to reconvey the real property – Deed of Trust #s 2009-0053281-00, 2009-0053282-00, 2009-0053283-00, and 2009-0053284-00, which are posted as security for Mr. Holloway's bail.

Date:  November 18, 2010                                    Respectfully submitted,

                                           /s/  William L. Osterhoudt
                                          WILLIAM L. OSTERHOUDT,
                                          Attorney for Robert Holloway

1

*Robert Holloway's Request to Exonerate Bond and Order Thereon*
*United States v. Holloway, et. al., Case No. 08-00224-OWW*

IN THE UNITED STATE DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. CR-08-00224-OWW** |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | **EXONERATING BAIL** |
| ) | |
| ROBERT HOLLOWAY, et. al., ) | |
| ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, it is ordered that bail in Defendant Robert C. Holloway's case is hereby exonerated. The Clerk of the Court is ordered to reconvey the real property − Deed of Trust #s 2009-0053281-00, 2009-0053282-00, 2009-0053283-00, and 2009-0053284-00 − which are posted as security for the Mr. Robert Holloway's bail.

IT IS SO ORDERED.

Dated:   **November 22, 2010**             **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

---

*Robert Holloway's Request to Exonerate Bond and Order Thereon*
*United States v. Holloway, et. al., Case No. 08-00224-OWW*