```
BENJAMIN WAGNER
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street, 4401
Fresno, California 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00224-OWW |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ROBERT C. HOLLOWAY, | |
| Defendant. | |

WHEREAS, on or about September 3, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1963(a)(2), based upon the plea agreement entered into between plaintiff and defendant Robert C. Holloway forfeiting to the United States the following property:

        a)    A sub *res* in the amount of $115,000.00 in lieu of defendant Robert C. Holloway's interest in the indicted real property located at 4600/4616 Main Street, Denair, California, APN: 024-026-032.

AND WHEREAS, beginning on September 17, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of

1 their right to petition the Court within sixty (60) days from the first
2 day of publication of the notice for a hearing to adjudicate the
3 validity of their alleged legal interest in the forfeited property;

4     AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property, and the time for any person or
6 entity to file a claim has expired.

7     Accordingly, it is hereby ORDERED and ADJUDGED:

8     1.   A Final Order of Forfeiture shall be entered forfeiting to the
9 United States of America all right, title, and interest in the above-
10 listed property pursuant to 18 U.S.C. § 1963(a)(2), to be disposed of
11 according to law, including all right, title, and interest of Robert C.
12 Holloway.

13     2.   All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.

15     3.   The U.S. Marshals Service shall maintain custody of and
16 control over the subject property until it is disposed of according to
17 law.

18     SO ORDERED THIS 13th day of December, 2010.

20     /s/ Oliver W. Wanger
    OLIVER W. WANGER
21     United States District Judge