ROGER K. VEHRS (SBN 073018)
Attorney at Law
Post Office Box 1952
Fresno, CA  93718-1952
Telephone: (559) 442-4211
Facsimile: (559) 442-4127
E-mail: office@vehrslaw.com

Attorneys for Defendant Robert Holloway

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| In the Matter of the Search of Robert Cliff Holloway III and Kathryn Gottschalk Holloway as well as their business and residential addresses listed below<br>5604 Moberg Road, Turlock, California<br>5606 Moberg Road, Turlock, California<br>4600 Main Street, Denair, California<br>2720 Second Street, Ceres, California<br><br>Real party in interest<br>Robert Cliff Holloway III and<br>Road Dog Cycles | Case No.: 1:08-cr-00224-OWW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR RETURN OF PROPERTY<br><br>Hearing Date: July 11, 2011<br>Hearing Time: 1:30 P.M.<br>JUDGE: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROGER K. VEHRS, attorney for Defendant, and MARK E. CULLERS, Chief Assistant U.S. Attorney for Plaintiff, that the hearing on Motion for Return of Property currently scheduled for July 11, 2011, at 1:30 p.m. shall be continued to July 18, 1011, at 1:30 p.m.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

This continuance is necessary because of a calendar conflict for defense counsel, Roger K. Vehrs, who is scheduled to appear in another court out of town.

Dated: July 6, 2011                                    /S/   Roger K. Vehrs
                                                       ROGER K. VEHRS, attorney for
                                                       Robert Cliff Holloway III.

Dated: July 6, 2011                                    /S/   Mark E. Cullers
                                                       MARK E. CULLERS
                                                       Chief Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED THAT the date set for the hearing on motion for return of property be continued to JULY 18, 2011 , at 1:30 p.m.

IT IS SO ORDERED.

Date: July 6, 2011                                     /s/ OLIVER W. WANGER
                                                       United States District Judge

Stipulation And Order To Continue Hearing on Motion For Return of Property

PDF created with pdfFactory trial version www.pdffactory.com