ROGER K. VEHRS (SBN 073018)
Attorney at Law
Post Office Box 1952
Fresno, CA 93724
Telephone (559) 442-4211
Facsimile (559) 442-4127

Attorney for Defendant,
ROBERT C. HOLLOWAY

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-08-00224-OWW |
| Plaintiff, | ORDER FOR RETURNING PASSPORT |
| vs. | |
| ROBERT HOLLOWAY, et al., | |
| Defendants. | |

The Court having considered Defendant ROBERT C. HOLLOWAY'S Memorandum for Order Returning Passport, and good cause hereby appearing, determines that Defendant's passport should be returned to Defendant's counsel for arranged delivery to Defendant or a person authorized by him for acceptance.

It is hereby ordered that the United States State Department shall release Robert Holloway's passport to Roger K. Vehrs, Esq. who will arrange for the further delivery of the passport to Mr. Holloway.

IT IS SO ORDERED.

Dated:   **July 14, 2011**                                        **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE

ORDER FOR RETURNING PASSPORT