1  ROGER K. VEHRS (SBN 073018)
   Attorney at Law
2  Post Office Box 1952
   Fresno, CA  93718-1952
3  Telephone:  (559) 442-4211
   Facsimile:  (559) 442-4127
4  E-mail: office@vehrslaw.com

5  Attorneys for Defendant Robert Holloway

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
10                               -o0o-

11  In the Matter of the Search of          ) Case No.: 1:08-cr-00224-OWW
    Robert Cliff Holloway III and           )
12  Kathryn Gottschalk Holloway as well as their )
    business and residential addresses listed )
13  below                                    )
    5604 Moberg Road, Turlock, California    ) STIPULATION AND ORDER TO
14  5606 Moberg Road, Turlock, California    ) CONTINUE HEARING ON MOTION FOR
    4600 Main Street, Denair, California     ) RETURN OF PROPERTY
15  2720 Second Street, Ceres, California    )
16                                           )
                                             ) Hearing Date: September 19, 2011
17                                           ) Hearing Time: 9:00 a.m.
                                             ) JUDGE: Honorable Oliver W. Wanger
18  Real party in interest                   )
    Robert Cliff Holloway III and            )
19  Road Dog Cycles                          )
20                                           )

21

22        IT IS HEREBY STIPULATED by and between the parties hereto through their

23  respective counsel, ROGER K. VEHRS, attorney for Defendant, and MARK E. CULLERS,

24  Chief Assistant U.S. Attorney for Plaintiff, that the hearing on the Motion for Return of

25  Property currently scheduled for September 19, 2011, at 1:30 p.m. shall be continued until

26  November 7, 2011 at 9:00 before Judge Oliver W. Wanger.

27

28
                    Stipulation And Order To Continue Hearing on Motion For Return of Property

                                          1

1    This continuance is necessary due to the large volume of materials that are

2 essential for review in this case. Additionally, the agent currently involved in this matter will

3 be out of the office on official business until late October. Therefore, the earliest time that

4 counsel will be able to inspect all the materials will not be until the end of October.

5

6

7

8 Dated: September 15, 2011                                    /S/   Roger K. Vehrs
                                                               ROGER K. VEHRS, attorney for
9                                                              Robert Cliff Holloway III.

10

11

12

13 Dated: September 15, 2011                                   /S/   Mark E. Cullers
                                                               MARK E. CULLERS
14                                                             Chief Assistant U.S. Attorney

15

16

17                                   **ORDER**

18    IT IS HEREBY ORDERED THAT the date set for the hearing on the Motion for

19 Return of Property shall be continued to the Court's first available date in November.

20

21

22 IT IS SO ORDERED.

23
     Dated:   **September 16, 2011**                **/s/ Oliver W. Wanger**
24                                                  UNITED STATES DISTRICT JUDGE

25

26

27

28